| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| *MIDDLE* DISTRICT OF *PENNSYLVANIA* | |

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**BOGAR, COULDREN D.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka COLE BOGAR, fdba COULDREN D. BOGAR PRO DJ*<br>*ENTERTAINMENT   dba WEDDINGS AND BEYOND* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): **7470** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**54 WARWICK CIRCLE**<br>**MECHANICSBURG PA**                                     ZIPCODE **17050** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **CUMBERLAND** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**                                                      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME**            ZIPCODE | |

| Type of Debtor (Form of organization)<br>(Check one box.)<br><br>☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☒ Chapter 7           ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                 of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13               of a Foreign Nonmain Proceeding |
|---|---|---|

Nature of Debts (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"          ☒ Debts are primarily business debts.

Tax-Exempt Entity
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☒ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>*COULDREN D. BOGAR* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**     (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**     (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X<br>────────────────────────────<br>Signature of Attorney for Debtor(s)                                      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.<br>
☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

────────────────────────────────
(Name of landlord that obtained judgment)

────────────────────────────────
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | COULDREN D. BOGAR |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

11/29/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

ROBERT E. CHERNICOFF 23380
Printed Name of Attorney for Debtor(s)

CUNNINGHAM & CHERNICOFF, P.C.
Firm Name

2320 NORTH SECOND STREET
Address

HARRISBURG PA 17110

717-238-6570
Telephone Number

11/29/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re  *COULDREN D. BOGAR*                                    Case No.
                                                             Chapter   7

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 12,948.79 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 25,560.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | $ 79,194.83 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 9 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,476.56 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,430.00 |
| TOTAL | | 42 | $ 12,948.79 | $ 104,754.83 | |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re *COULDREN D. BOGAR*

Case No.
Chapter 7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re <u>COULDREN D. BOGAR</u> ,
                Debtor(s)

Case No._____
                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |
| | | | | |

| | | | | |
|---|---|---|---|---|
| No continuation sheets attached | | **TOTAL $**<br>(Report also on Summary of Schedules.) | *0.00* | |

In re _COULDREN D. BOGAR_ ,      Case No. _____

Debtor(s)      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _CASH ON HAND_<br>_Location: In debtor's possession_ | | $ 30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _CHECKING ACCOUNT_<br>_Location: PSECU_ | | $ 0.00 |
| | | _CHECKING ACCOUNT_<br>_Location: METRO BANK_ | | $ 29.80 |
| | | _PAYPAL ACCOUNT_ | | $ 13.99 |
| | | _SAVINGS ACCOUNT_<br>_Location: PSECU_ | | $ 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | _SECURITY DEPOSIT_<br>_Location: WITH LANDLORD_ | | $ 975.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _HOUSEHOLD GOODS AND FURNISHINGS CONSISTING OF: TV, COUCH, LOVESEAT, COFFEE TABLE, LAMP, END TABLE, FISH TANK, KITCHEN TABLE AND CHAIRS, COOKWARE, GLASSWARE, UTENSILS, SMALL KITCHEN APPLIANCES, KING SIZE BED, TV, DRESSERS (3), DRYER, VARIOUS HOUSEHOLD TOOLS, MISC KID'S TOYS, TODDLER BED, DRESSER, LAMP, BOOKSHELF, KID'S BOOKS, DVD PLAYER WITH MOVIES, CD PLAYER WITH CDS, TV, AIR CONDITIONERS, LINENS, MISC HOME DECOR ITEMS AND OTHER VARIOUS MISC HOUSEHOLD GOODS AND FURNISHINGS_<br>_Location: In debtor's possession_ | | $ 5,000.00 |

Page   1   of   3

In re _COULDREN D. BOGAR_ _____ ,     Case No. _____
             Debtor(s)                                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | _WEARING APPAREL_ _Location: In debtor's possession_ | | $ 750.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | _FIREARMS INCLUDING PISTOLS (2)_ _Location: In debtor's possession_ | | $ 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _100% INTEREST IN COULDREN D. BOGAR PRO DJ_ _ENTERTAINMENT (ASSETS INCLUDE: CAMERA_ _EQUIPMENT, COMPUTERS/EQUIPMENT, OFFICE_ _FURNITURE, OFFICE SUPPLIES AND MISC DJ_ _EQUIPMENT)_ | | $ 5,650.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Page   2   of   3

In re __COULDREN D. BOGAR_____,     Case No. _____
                      Debtor(s)                                                                    (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➔ | $ 12,948.79 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Page __3__ of __3__

In re _COULDREN D. BOGAR_ ,                                    Case No. _____
                                                                          (if known)
        Debtor(s)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)

☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| CASH ON HAND | 11 USC 522(d)(5) | $ 30.00 | $ 30.00 |
| CHECKING ACCOUNT | 11 USC 522(d)(5) | $ 29.80 | $ 29.80 |
| CHECKING ACCOUNT | 11 USC 522(d)(5) | Up to $6,301.21 | $ 0.00 |
| PAYPAL ACCOUNT | 11 USC 522(d)(5) | $ 13.99 | $ 13.99 |
| SAVINGS ACCOUNT | 11 USC 522(d)(5) | Up to $6,301.21 | $ 0.00 |
| SECURITY DEPOSIT | 11 USC 522(d)(5) | $ 975.00 | $ 975.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | 11 USC 522(d)(3) | $ 5,000.00 | $ 5,000.00 |
| WEARING APPAREL | 11 USC 522(d)(3) | $ 750.00 | $ 750.00 |
| FIREARMS | 11 USC 522(d)(3) | $ 500.00 | $ 500.00 |
| 100% INTEREST IN COULDREN D. BOGAR PRO DJ ENTERTAINMENT | 11 USC 522(d)(6) 11 USC 522(d)(5) | $ 2,175.00 $ 3,475.00 | $ 5,650.00 |

To the extent that the value of Debtor's asset exceeds the amount of any claimed exemption, Debtor exempts the entire value of the asset allowed subject to the limits of 11 U.S.C. §522(d).

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re COULDREN D. BOGAR _____,    Case No._____
                    **Debtor(s)**                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | Subtotal $ (Total of this page) | | | $ 0.00 | $ 0.00 |
| | | | Total $ (Use only on last page) | | | $ 0.00 | $ 0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _COULDREN D. BOGAR_ _____ , Case No. _____
                    **Debtor(s)**                                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   1   </u> **continuation sheets attached**

In re COULDREN D. BOGAR                                              ,          Case No._____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>CAPITAL TAX COLLECTION BUREAU<br>PO BOX 60547<br>HARRISBURG PA 17106-0547 | | 2006-2009<br>UNPAID LOCAL TAXES | | | | | $ 1,560.00 | $ 1,560.00 | $ 0.00 |
| Account No:<br>Creditor # : 2<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG PA 17128-0496 | | 2006-2009<br>PERSONAL INCOME TAXES | | | | | $ 3,100.00 | $ 3,100.00 | $ 0.00 |
| Account No:<br>Creditor # : 3<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG PA 17128-0496 | X | 2009<br>BUSINESS TAXES<br>EIN: 20-2460356 | | | | | $ 900.00 | $ 900.00 | $ 0.00 |
| Account No:<br>Creditor # : 4<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERAT<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | X | 2006-2009<br>BUSINESS TAXES<br>EIN: 20-2460356 | | | | | $ 6,500.00 | $ 6,500.00 | $ 0.00 |
| Account No:<br>Creditor # : 5<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERAT<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | | 2006-2009<br>PERSONAL INCOME TAXES | | | | | $ 13,500.00 | $ 13,500.00 | $ 0.00 |
| Account No: | | | | | | | | | |

Sheet No. __1__ d __1__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 25,560.00 | 25,560.00 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 25,560.00 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 25,560.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re COULDREN D. BOGAR _____, Case No._____
                    **Debtor(s)**                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9174181 Creditor # : 1 A-1 COLLECTION SVC 101 GOVERS MILL RD LAWRENCEVILLE NJ 08648 | | | 07/2010 COLLECTION ACCOUNT FOR PRINCETON EMERGENCY | | | | $ 620.00 |
| Account No: Creditor # : 2 ADDIE RUMP 966 STADFORD COURT STATE COLLEGE PA 16801 | X | | BUSINESS DEBT | X | X | | Unknown |
| Account No: Creditor # : 3 ADT SECURITY SERVICES INC 14200 E. ESPOSITION AVE AURORA CO 80012 | X | | 2007 BUSINESS DEBT | X | X | | $ 2,000.00 |
| Account No: Creditor # : 4 AIMEE LOSH 5217 ROYAL DRIVE MECHANICSBURG PA 17055 | X | | BUSINESS DEBT | X | X | | Unknown |

_21_ continuation sheets attached

Subtotal $ | $ 2,620.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _COULDREN D. BOGAR_ ,       Case No. _____

         **Debtor(s)**                                     *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 5 <br> AMANDA BLACKWELL <br> 1302 WEST RIDGE ROAD <br> MIDDLEBURG PA 17842 | X | <br> *BUSINESS DEBT* | X | X | | $ 0.00 |
| **Account No:** <br> Creditor # : 6 <br> ANDREW ADAMS | X | <br> *BUSINESS DEBT* | X | X | | Unknown |
| **Account No:** <br> Creditor # : 7 <br> ANETTE DAVIS <br> 1908 COLONIAL ROAD <br> HARRISBURG PA 17112 | X | *10/2009* <br> *BUSINESS DEBT* | X | X | | Unknown |
| **Account No:** <br> Creditor # : 8 <br> ANGELA MAZZEI <br> 406 AGGIE STREET <br> HOLIDAYSBURG PA 16648 | X | <br> *BUSINESS DEBT* | X | X | | Unknown |
| **Account No:** <br> Creditor # : 9 <br> ANTHONY DOTTERER <br> 741 BROOKSIDE DRIVE <br> BOOLSBURG PA 16827 | X | <br> *BUSINESS DEBT* | X | X | | Unknown |
| **Account No:** <br> Creditor # : 10 <br> ASHLEY BALLARD <br> 3433 WAYNE ROAD <br> CHAMBERSBURG PA 17202 | X | *06/2009* <br> *BUSINESS DEBT* | X | X | | Unknown |

Sheet No. _1_ of _21_ continuation sheets attached to Schedule of                  Subtotal $      $ 0.00

Creditors Holding Unsecured Nonpriority Claims                                           Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  COULDREN D. BOGAR                                    ,        Case No. _____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 11** ATT WIRELESS P.O. BOX 64378 ST PAUL MN 55164 | | | *UTILITIES* | | | | $ 1,565.00 |
| Account No: **Creditor # : 12** BILL BEERS 128 S. MATTAS DRIVE DUNCANSVILLE PA 16635 | X | | 2009 *BUSINESS DEBT* | X | X | | $ 470.90 |
| Account No: **Creditor # : 13** BONDWIDTH.COM 4001 WESTON PARKWAY CORY NC 27513 | X | | 2009 *BUSINESS DEBT* | X | X | | $ 600.00 |
| Account No: **Creditor # : 14** BRETT HARRISON | X | | *BUSINESS DEBT* | X | X | | Unknown |
| Account No: **Creditor # : 15** BRIANA COGAN 937 N. 3RD STREET SECOND FLOOR HARRISBURG PA 17102 | X | | 06/2009 *BUSINESS DEBT* | X | X | | Unknown |
| Account No: **Creditor # : 16** BRIDGET FITZPATRICK 560 COLONY DRIVE MIDDLETOWN PA 17057 | X | | *BUSINESS DEBT* | X | X | | Unknown |

Sheet No.  2  of   21  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,635.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re COULDREN D. BOGAR_____ ,    Case No._____
           **Debtor(s)**                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 17 <br> BRITTNEY PITTINGER <br> 3831 STERLING WAY <br> COLUMBIA PA 17512 | X | | 07/2009 <br> BUSINESS DEBT | X | | X | Unknown |
| **Account No:** 2715 <br> Creditor # : 18 <br> BUREAU OF ACCOUNT MGMT <br> 3607 ROSEMONT AVE <br> CAMP HILL PA 17011 | | | 2010 <br> COLLECTION ACCOUNT <br> FOR MILTON HERSHEY | | | | $ 1,072.00 |
| **Account No:** 2729 <br> Creditor # : 19 <br> BUREAU OF ACCOUNT MGMT <br> P.O. BOX 8875 <br> CAMP HILL PA 17001 | | | 07/2010 <br> COLLECTION ACCOUNT <br> FOR MILTON HERSHEY | | | | $ 149.00 |
| **Account No:** 2729 <br> Creditor # : 20 <br> BUREAU OF ACCOUNT MGMT <br> 3607 ROSEMONT <br> CAMP HILL PA 17011 | | | 072010 <br> COLLECTION ACCOUNT <br> FOR MILTON HERSHEY | | | | $ 55.00 |
| **Account No:** 2721 <br> Creditor # : 21 <br> BUREAU OF ACCOUNT MGMT <br> 3607 ROSEMONT AVE <br> CAMP HILL PA 17011 | | | 06/2010 <br> COLLECTION ACCOUNT <br> FOR MILTON HERSHEY | | | | $ 213.00 |
| **Account No:** 48623672 <br> Creditor # : 22 <br> CAPITAL ONE <br> PO BOX 85520 <br> RICHMOND VA 23285 | | | CREDIT CARD DEBT <br> LAST USED IN 06/2010 | | | | $ 931.00 |

Sheet No. _3_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,420.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _COULDREN D. BOGAR_____ ,    Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 48623671 <br> Creditor # : 23 <br> CAPITAL ONE <br> PO BOX 85520 <br> RICHMOND VA 23285 | | | CREDIT CARD DEBT <br> LAST USED IN 2009 | | | | $ 1,258.00 |
| Account No: <br> Creditor # : 24 <br> CASSANDRA ROUNDS <br> 1125 PEGGY DRIVE # 7 <br> HUMMELSTOWN PA 17036 | X | | 07/2008 <br> BUSINESS DEBT | X | X | | Unknown |
| Account No: 4640182048074573 <br> Creditor # : 25 <br> CHASE <br> PO BOX 15298 <br> WILMINGTON DE 19886-5153 | | | 10/2008 <br> CREDIT CARD DEBT <br> LAST USED IN 02/2010 | | | | $ 4,651.00 |
| Account No: 4320161004948630 <br> Creditor # : 26 <br> CHASE <br> PO BOX 15298 <br> WILMINGTON DE 19886-5153 | | | 11/2008 <br> CREDIT CARD DEBT <br> LAST USED IN 03/2010 | | | | $ 5,986.00 |
| Account No: <br> Creditor # : 27 <br> CHRISTINA BROWN <br> 9200 SWIVEN PLACE 1A <br> BALTIMORE MD 21237 | X | | 09/2009 <br> BUSINESS DEBT | X | X | | Unknown |
| Account No: <br> Creditor # : 28 <br> CHRISTINE TEES <br> 723 HAMILTON AVE <br> CHAMBERSBURG PA 17202 | X | | 10/2009 <br> BUSINESS DEBT | X | X | | Unknown |

Sheet No. __4__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              Subtotal $        $ 11,895.00
                                                              Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **COULDREN D. BOGAR** ,      Case No._____
                       **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>CONNIE DENNIS<br>1004 SHEFFIELD AVE<br>MECHANICSBURG PA 17055 | X | 09/2009<br>BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 30<br>CORY CROSS<br>211 E. EMAUS STREET<br>MIDDLETOWN PA 17057 | X | BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 31<br>CRYSTAL SPRINGS<br>5660 NEW NORTHSIDE DRIVE<br>SUITE 500<br>ATLANTA GA 30328 | | 2009<br>WATER BOTTLE COLLECTION | | | | $ 400.00 |
| Account No:<br>Creditor # : 32<br>CYNTHIA FITZPATRICK | X | BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 33<br>DAN HONEGGER<br>325 BLACKSMITH ROAD<br>CAMP HILL PA 17011 | X | 2009<br>BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 34<br>DEANNA BARBUSH<br>1942 LIMESTONE DRIVE<br>HUMMELSTOWN PA 17036 | X | 09/2009<br>BUSINESS DEBT | X | X | | Unknown |

Sheet No. __5__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       **Subtotal $**      $ 400.00

                                       **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _COULDREN D. BOGAR_ _____ ,     Case No. _____
            **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 35 <br> DELL FINANCIAL SERVICES <br> PO BOX 6403 <br> CAROL STREAM IL 60197-8320 | X | BUSINESS DEBT | X | | X | $ 2,500.00 |
| Account No: <br> Creditor # : 36 <br> DINA FOTOPOULOS <br> 1604 FOUR SEASONS COURT <br> A-4 <br> BALTIMORE MD 21222 | X | BUSINESS DEBT | X | | X | Unknown |
| Account No:   1304 <br> Creditor # : 37 <br> EASTERN ACCOUNT SYSTEM <br> 75 GLEN ROAD <br> STE 10 <br> SANDY HOOK CT 06482 | | 03/2007 <br> COLLECTION ACCOUNT <br> FOR COMCAST | | | | $ 465.00 |
| Account No: <br> Creditor # : 38 <br> EDWARD GERST <br> 709 N. SECOND STREET #7 <br> HARRISBURG PA 17102 | X | 05/2008 <br> BUSINESS DEBT | X | | X | Unknown |
| Account No:   2875 <br> Creditor # : 39 <br> ENHANCED RECOVERY CORP. <br> 8014 BAYBERRY ROAD <br> JACKSONVILLE FL 32256 | | 03/2010 <br> COLLECTION ACCOUNT <br> DISH NETWORK | | | | $ 568.00 |
| Account No:   4255 <br> Creditor # : 40 <br> FORD MOTOR CREDIT <br> PO BOX 542000 <br> OMAHA NE 68154-8000 | | 2008 <br> DEFICIENCY BALANCE ON REPO | | | | $ 334.00 |

Sheet No. _6_ of _21_ continuation sheets attached to Schedule of           **Subtotal $**     $ 3,867.00
Creditors Holding Unsecured Nonpriority Claims                                   **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>COULDREN D. BOGAR</u>,      Case No. _____

           **Debtor(s)**                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | X | X | | $ 0.00 |
| Creditor # : 41 GORDON STEELE | | | BUSINESS DEBT | | | | |
| Account No: | X | | 2008 | X | X | | $ 12,000.00 |
| Creditor # : 42 HAMMAKERS REAL ESTATE 839 MARKET STREET LEMOYNE PA 17043 | | | BUSINESS LEASE | | | | |
| Account No: | X | | 2009 | X | X | | Unknown |
| Creditor # : 43 HEATHER BECKLEY 35B GREENWOOD ROAD YORK PA 17404 | | | BUSINESS DEBT | | | | |
| Account No: | X | | 10/2009 | X | X | | Unknown |
| Creditor # : 44 HEATHER MYERS 280 LINCOLN AVE HARRISBURG PA 17111 | | | BUSINESS DEBT | | | | |
| Account No: | X | | | X | X | | Unknown |
| Creditor # : 45 HEATHER SMITH 201 YORKSHIRE WAY MOUNTVILLE PA 17554 | | | BUSINESS DEBT | | | | |
| Account No: | X | | | X | X | | $ 0.00 |
| Creditor # : 46 HILLARY KAPLAN 521 APPALACHIAN AVE MECHANICSBURG PA 17055 | | | BUSINESS DEBT | | | | |

Sheet No. <u>7</u> of <u>21</u> continuation sheets attached to Schedule of        **Subtotal $**     $ 12,000.00

Creditors Holding Unsecured Nonpriority Claims                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  COULDREN  D.  BOGAR                                    ,        Case No. _____
_____                                                    (if known)
        **Debtor(s)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 47 HOLLY DAVIS 719 HUMMEL AVE LEMOYNE PA 17043 | X | | 09/2009 BUSINESS DEBT | X | X | | Unknown |
| Account No: Creditor # : 48 HOLLY RUDY | X | | BUSINESS DEBT | | | | $ 0.00 |
| Account No:  3044159 Creditor # : 49 IC SYSTEMS INC. P.O. BOX 64378 SAINT PAUL MN 55164 | | | 03/2010 COLLECTION ACCOUNT FOR CINGULAR WIRELESS | | | | $ 1,565.00 |
| Account No: Creditor # : 50 INNOVATIVE MERCHANT SOLUTIONS 26520 AGORA ROAD CALABASAS CA 91302 | X | | 2009 BUSINESS DEBT | X | X | | $ 4,757.00 |
| Account No: Creditor # : 51 INTEGRITY BANK 3345 MARKET STREET CAMP HILL PA 17011 | | | 2009 OVERDRAFTED ACCOUNT | | | | $ 2,000.00 |
| Account No: Creditor # : 52 JACKIE PERKIN 4263 OAK STREET NEW BOSTON OH 45662 | X | | 05/2009 BUSINESS DEBT | X | X | | Unknown |

Sheet No.   8   of   21   continuation sheets attached to Schedule of      Subtotal $        $ 8,322.00
Creditors Holding Unsecured Nonpriority Claims                            Total $
                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _COULDREN D. BOGAR_ _____ , Case No. _____
                        **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 53** JENNA BECK 1013 RICHMOND ROAD WINDSOR PA 17366 | X | | BUSINESS DEBT | X | X | | *Unknown* |
| Account No: **Creditor # : 54** JENNIFER MUMMA 155 STONE MILL DRIVE ELIZABETHTOWN PA 17022 | X | | 10/2009 BUSINESS DEBT | X | X | | *Unknown* |
| Account No: **Creditor # : 55** JEREMIAH GRUBER 104 EAST BROOKFIELD DRIVE LEBANON PA 17046 | X | | BUSINESS DEBT | X | X | | *Unknown* |
| Account No: **Creditor # : 56** JESSICA MCINTYRE | X | | BUSINESS DEBT | X | X | | $ 0.00 |
| Account No: **Creditor # : 57** JESSICA PEASE 329 LINDEN AVE HANOVER PA 17331 | X | | 06/2009 BUSINESS DEBT | X | X | | *Unknown* |
| Account No: **Creditor # : 58** JOHN DEVITIS 304 WINDCREST ROAD HARRISBURG PA 17112 | X | | 2009 BUSINESS DEBT | X | X | | $ 536.70 |

Sheet No. _9_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 536.70

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re COULDREN D. BOGAR _____,  Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | X | X | | Unknown |
| Creditor # : 59 KAREN GOSSMAN P.O. BOX 33 BEECHEREEK PA 16822 | | | BUSINESS DEBT | | | | |
| Account No: | X | | 11/2009 | X | X | | Unknown |
| Creditor # : 60 KAREN HOLDEN 2640 SOULTON SUPREME WAY YORK PA 17402 | | | BUSINESS DEBT | | | | |
| Account No: | X | | 05/2009 | X | X | | Unknown |
| Creditor # : 61 KARI KAY 3 E. CENTER AVE MYERSTOWN PA 17067 | | | BUSINESS DEBT | | | | |
| Account No: | X | | | X | X | | Unknown |
| Creditor # : 62 KATHERINE KUNDY 6343 STEPHEN'S CROSSING MECHANICSBURG PA 17050 | | | BUSINESS DEBT | | | | |
| Account No: | X | | 11/21/09 | X | X | | Unknown |
| Creditor # : 63 KATHY REIDEL 249 BALLEY PARK SOUTH BETHLEHEM PA 18018 | | | BUSINESS DEBT | | | | |
| Account No: | X | | 12/2008 | | | | Unknown |
| Creditor # : 64 KATIE BRIGHTBILL | | | BUSINESS DEBT | | | | |

Sheet No. _10_ of _21_ continuation sheets attached to Schedule of                    Subtotal $           $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                         Total $
                            (Use only on last page of the completed Schedule F. Report also on Summary of
                            Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _COULDREN D. BOGAR_ _____ ,     Case No._____
                 **Debtor(s)**                                              *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*(Continuation Sheet)*

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. <br> H--Husband <br> W--Wife <br> J--Joint <br> C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 65 <br> KAYLEIGH MCCUSKER <br> 7013 CARDIN ROAD <br> PHILADELPHIA PA 19128 | X | BUSINESS DEBT | X | X | | Unknown |
| Account No: <br> Creditor # : 66 <br> KEITH GOLDSTEIN <br> 1949 CREEK HOLLOW LANE <br> HERSHEY PA 17033 | X | BUSINESS DEBT | X | X | | Unknown |
| Account No: <br> Creditor # : 67 <br> KELLY BRICKLEY | X | 11/7/09 <br> BUSINESS DEBT | X | X | | Unknown |
| Account No: <br> Creditor # : 68 <br> KELLY KRAPSHO <br> 155 GREAT LAUREL SQUARE <br> LEESBURG VA | X | 11/21/09 <br> BUSINESS DEBT | X | X | | Unknown |
| Account No: <br> Creditor # : 69 <br> KELLY ZIN <br> 150 FARM LANE <br> MANCHESTER PA 17345 | X | 05/2009 <br> BUSINESS DEBT | X | X | | Unknown |
| Account No:   15909 <br> Creditor # : 70 <br> KEYSTONE STAFFING <br> 360 MARKET STREET <br> LEMOYNE PA 17043-1632 | X | 2009 <br> BUSINESS DEBT | X | X | | $ 3,000.00 |

Sheet No. _11_ of _21_ continuation sheets attached to Schedule of                 **Subtotal $**       $ 3,000.00
Creditors Holding Unsecured Nonpriority Claims                                         **Total $**
*(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related*

In re _COULDREN D. BOGAR_____,  Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 71 KIMBERLY BOBAN 41 PENZANPE ROAD HERSHEY PA 17033 | X | | 07/2009 BUSINESS DEBT | X | X | | Unknown |
| **Account No:** Creditor # : 72 KRISTEN STAMBAUGH 134 GREENBRIAR ROAD ELLIOTSBURG PA 17024 | X | | 2009 BUSINESS DEBT | X | X | | Unknown |
| **Account No:** Creditor # : 73 LACY REPMAN 495 NURSERY DRIVE N MECHANICSBURG PA 17055 | X | | BUSINESS DEBT | X | X | | $ 0.00 |
| **Account No:** Creditor # : 74 LAUREN HUMES 88 CRANFIELD COURT ELIZABETHTOWN PA 17022 | X | | 10/2009 BUSINESS DEBT | X | X | | Unknown |
| **Account No:** Creditor # : 75 LINDA PAQUETTE 52 LIBERTY DRIVE DOXTON NJ 08810 | X | | 2009 BUSINESS DEBT | X | X | | Unknown |
| **Account No:** Creditor # : 76 LINDSAY MILLS | X | | BUSINESS DEBT | | | | $ 0.00 |

Sheet No. _12_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _COULDREN D. BOGAR_____,       Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 77<br>LINDSAY SNEE<br>6798 CHURCH ROAD<br>FELTON PA 17322 | X | | 05/2009<br>BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 78<br>LINDSAY THOMAS<br>1679 GRACE AVE<br>LEBANON PA 17046 | X | | 06/2009<br>BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 79<br>MACKENZIE WESCOTT<br>8 GIDDINGS AVE<br>SEVERNA PARK MD 21146 | X | | 9/2009<br>BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 80<br>MARIANN HOUSEL<br>650 N. LIME STREET<br>ELIZABETHTOWN PA 17022 | X | | 05/2009<br>BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 81<br>MARISSA MATTHEWS<br>149 KRISTY LANE<br>HARRISBURG PA 17111 | X | | 06/2009<br>BUSINESS DEBT | X | X | | Unknown |
| Account No:<br>Creditor # : 82<br>MECCA IMAGING<br>3615 GARRETT ROAD<br>DREXEL HILL PA 19026 | X | | 2009<br>BUSINESS DEBT | X | X | | $ 1,500.00 |

Sheet No. _13_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,500.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _COULDREN D. BOGAR_____ ,    Case No._____
                        **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 83 <br> MELISSA MAGNUSON <br> 7019 EASTBROOK AVE <br> BALTIMORE MD 21224 | X | | BUSINESS DEBT | X | X | | Unknown |
| Account No: <br> Creditor # : 84 <br> MELISSA MULCAHY <br> 3 NIGHTINGALE WAY <br> A4 <br> LUTERVILLE MD 21093 | X | | 09/2009 <br> BUSINESS DEBT | X | X | | Unknown |
| Account No: 279195 <br> Creditor # : 85 <br> MEMBERS FIRST FCU <br> 5000 LOUISE DRIVE <br> MECHANICSBURG PA 17055 | | | 2004 <br> DEFICIENCY BALANCE ON REPO | | | | $ 8,306.00 |
| Account No: <br> Creditor # : 86 <br> MICHELLE MILLER <br> 606 BUNKER HILL ROAD <br> STRASBURG PA 17579 | X | | 06/2009 <br> BUSINESS DEBT | X | X | | Unknown |
| Account No: <br> Creditor # : 87 <br> MICHELLE UPDEGRAFF <br> 652 BAMBERGER ROAD <br> ETTERS PA 17319 | X | | BUSINESS DEBT | X | X | | Unknown |
| Account No: <br> Creditor # : 88 <br> MOLLY RAHE <br> 4804 SWEETBRIER DRIVE <br> HARRISBURG PA 17111 | X | | 11/07/09 <br> BUSINESS DEBT | X | X | | Unknown |

Sheet No. _14_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal $    $ 8,306.00
                                                                        Total $
                            (Use only on last page of the completed Schedule F. Report also on Summary of
                            Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)